with passion, prejudice or partiality in weighing it. The motion of the appellee for dismissal of the appeal need not be ruled on inasmuch as the judgment is hereby affirmed.

MR. CHIEF JUSTICE DEL TORO delivered the opinion of the court.

---

LEÓN, APPELLANT, v. RODRÍGUEZ, APPELLEE.

### District Court of Ponce.

No. 2810.—Decided December 11, 1922.

In this action for the annulment of a deed of purchase and sale. the plaintiff alleged that she was the owner of a certain urban property in Ponce and although there was a deed of sale of the said house to the defendant, the fact is that the sale was never consummated and that the deed was fraudulent. After trial the court gave judgment against the plaintiff. The only question in this appeal is the weighing of the evidence by the trial court and upon a review of it we have not found passion, prejudice or partiality or substantial error and, therefore, the decision of the trial judge is accepted by this court. The judgment is affirmed.

MR. CHIEF JUSTICE DEL TORO delivered the opinion of the court.

---

GIRÓN, APPELLANT, v. HEIRS OF SERRALLÉS, APPELLEES.

### District Court of Ponce.

No. 2582.—Decided December 21, 1922.

The questions raised in this case go to the weighing of the evidence.

We have examined the record in the light of the reasonings contained in the briefs and we find no such manifest error in the findings or judgment of the court below as to require a reversal.

We are persuaded that the question as to compensation for services rendered would involve at most a tacit obligation and that the fixing of the amount to be paid depended to a great extent, if not entirely, upon the will of the defendants.

However, we do not agree with the allowance of costs, including, as it does, attorney's fees. There seems to be no very satisfactory reason why the plaintiff should be so mulcted. The judgment must be modified accordingly and affirmed.

MR. JUSTICE HUTCHISON delivered the opinion of the court.

---

GIERBOLINI, APPELLEE, *v.* PASSALACQUA, APPELLANT.

District Court of Ponce.

No. 2589.—Decided December 23, 1922.

This was an action to recover $5,560. The plaintiff alleged that he entered into a contract with the defendant for the sale of 175 *fanegas* of coffee at $40 the *fanega* and had already delivered nearly 140 *fanegas* for which the defendant had refused to pay. The defendant answered admitting the contract and alleging that it was agreed that the coffee should be of the best quality, and offering to pay the agreed price on only 30 *fanegas,* the quality of which was as stipulated, and to pay $30 for the rest. The trial was called and considerable evidence was examined. The court rendered judgment sustaining the complaint. The errors assigned refer to the weighing of the evidence, which was conflicting. The court adjusted the conflict in favor of the plaintiff and no showing has been made of passion, prejudice, partiality or manifest error. The judgment is affirmed.

MR. CHIEF JUSTICE DEL TORO delivered the opinion of the court.